■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK SORRENTINO, Appellant. [722 NYS2d 878] —Appeal from a judgment of the Supreme Court, Richmond County, rendered September 11, 1997.

Upon the stipulation of the attorneys for the respective parties, dated October 10, 2000, it is

Ordered that the appeal is deemed withdrawn, without costs or disbursements; and it is further,

Ordered that on the Court's own motion, its decision and order dated July 24, 2000, is recalled and vacated. [*See,* 274 AD2d 527.] O'Brien, J. P., Sullivan, Altman and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN STATON, Appellant. [718 NYS2d 856] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 27, 1997 (*People v Staton,* 235 AD2d 560), affirming a judgment of the Supreme Court, Queens County, rendered May 23, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., S. Miller, Altman and Goldstein, JJ., concur.